**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

IVAN KRASNOPOLSKII,

                                                    Petitioner,

v.

CHRISTOPHER LAROSE, Senior
Warden, Otay Mesa Detention Center,

                                                    Respondent.

Case No.:  3:26-cv-03981-RBM-SBC

**ORDER REFERRING PETITION**

Petitioner Ivan Krasnopolskii ("Petitioner"), proceeding *pro se*, filed a Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 ("Petition") (Doc. 1).  Petitioner has previously filed two petitions writ of habeas corpus in which he raised the same claims as in the instant Petition.  *See Krasnopolskii v. Warden, Otay Mesa Det. Ctr.*, Case No. 3:26-cv-00383-RBM-SBC (S.D. Cal. Jan. 21, 2026), ECF No. 1; *Krasnopolskii v. Warden, Otay Mesa Det. Ctr.*, Case No. 3:26-cv-02201-RBM-SBC (S.D. Cal. Apr. 8, 2026), ECF No. 1.

On March 25, 2026, this Court granted in part and denied in part Petitioner's first petition.  *See Krasnopolskii v. Warden, Otay Mesa Det. Ctr.*, Case No. 3:26-cv-00383-RBM-SBC (S.D. Cal. Jan. 21, 2026), ECF No. 6.  The Court found that Petitioner's detention had not become unconstitutionally prolonged because: (1) Petitioner had been in post-removal detention for less than six months, and his detention was therefore still

1

presumptively reasonable; and (2) Petitioner raised no reason as to why his removal is not significantly likely in the foreseeable future. *Id*. at 6. The Court also "acknowledge[d] that Petitioner's detention may at some point become unreasonably prolonged and due process may, at that time, necessitate certain procedural safeguards" and denied the first petition without prejudice "to allow Petitioner to seek relief in the future, if necessary." *Id*.

Shortly thereafter, Petitioner filed his second petition *pro se* and this Court issued an Order requiring Petitioner to show cause as to why the second action should not be dismissed as duplicative. *Krasnopolskii v. Warden, Otay Mesa Det. Ctr*., Case No. 3:26-cv-02201-RBM-SBC (S.D. Cal. Apr. 24, 2026), ECF No. 6. After Petitioner filed a Response to the OSC, this Court dismissed the second petition without prejudice as duplicative. *See id*., ECF No. 9.

A few weeks later, on July 10, 2026, Petitioner filed this third Petition again seeking to challenge his immigration custody. (Doc. 1.) Petitioner now claims that his immigration detention for longer than six months has become prolonged and requests that the Court "provide [him] with [a] free federal lawyer . . . ." (*Id*. at 6–7.)

Before proceeding, the Court **REFERS** the Petition to Federal Defenders of San Diego, Inc. ("FDSDI") for an evaluation of whether Petitioner is eligible for appointment of counsel. The Court requests that FDSDI file either an amended petition, if they choose to accept representation, or a status report recommending against appointment on or before August 3, 2026. If an amended petition is filed, its filing commences the briefing schedule and procedures set forth in Chief Judge Order No. 144.

The Clerk of the Court is **DIRECTED** to transmit a copy of the Petition (Doc. 1) and this Order to FDSDI and the United States Attorney's Office.

**IT IS SO ORDERED**.

DATE:  July 27, 2026

_____
HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES DISTRICT JUDGE

3:26-cv-03981-RBM-SBC